No. 767. JACKSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William H. Collins* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 772. EISNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Henry J. Cook* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 779. FIELD, TRUSTEE IN BANKRUPTCY, *v.* BANKERS TRUST CO. ET AL. C. A. 2d Cir. Certiorari denied. *Edward I. Koch* for petitioner. *Henry B. Singer* for Bankers Trust Co., and *John A. Wilson* for First National City Bank, respondents.

No. 785. KAHM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *James Malcolm Williams* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 788. VON HENNIG, ANCILLARY EXECUTOR, *v.* KENNEDY, ATTORNEY GENERAL OF THE UNITED STATES AS SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John W. Pehle* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr.* and *Pauline B. Heller* for respondent.